COURTROOM MINUTE SHEET

DATE 6/4/09

CIVIL NO.09-0362 -HE

DYNAMIC PATENTS LLC             VS    AEON CORP., ET AL.,

COMMENCED  9:00 A.M.    ENDED 9:20 A.M.    TOTAL TIME   20 mins

PROCEEDINGS    Preliminary Injunction

JUDGE JOE HEATON        DEPUTY JANET WRIGHT        REPORTER JEANNE RING

PLTF COUNSEL Jerome Spekowitz

DFT COUNSEL

WITNESSES FOR PLAINTIFF
1.
2.
3.

WITNESSES FOR DEFENDANT
1.
2.
3.

ENTER AS ABOVE:   Cause comes on for hearing as above stated.  Counsel appears as above stated.  Dft. Edward Rusch appears.  Statements heard.  Court grants the motion for default judgment with respect to the plaintiff's request for injunctive relief against all the served defendants except defendant Rusch and denies it as to him.