IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DYNAMIC PATENTS,<br><br>          Plaintiff,<br>v.<br><br><br>AEON CORPORATION,<br><br>          Defendant. | NO. CIV-09-0362-HE |

## ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **sixty (60) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 5 day of April, 2010.

                                                  JOE HEATON
                                                  UNITED STATES DISTRICT JUDGE